# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>          Plaintiff,<br><br>          v.<br><br>MEDICURE PHARMA INCORPORATED, a New Jersey corporation,<br><br>          Defendant. | Civil Action No.: 3:24-cv-00402<br><br>Honorable Judge Jack Zouhary |

## ORDER GRANTING VOLUNTARY DISMISSAL AND RETAINING JURISDICTION

This matter is before the Court on the Parties' Joint Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2), the Parties having fully settled all claims. The Court, having reviewed the motion and good cause appearing, hereby enters the following Order:

**IT IS HEREBY ORDERED** that the above-entitled action is DISMISSED WITH PREJUDICE as to Plaintiff's individual claims, and WITHOUT PREJUDICE as to the class claims.

**IT IS FURTHER ORDERED** that pursuant to the terms of the Settlement Agreement entered into by the Parties, the Court retains jurisdiction over the Parties and the Settlement Agreement for the limited purpose of enforcing the terms of the Settlement Agreement, including in the event of an alleged default by Defendant. The terms of the Settlement Agreement are not incorporated into this Order, but the Court retains ancillary jurisdiction to enforce its terms.

Dated: January 15, 2026          **Entered:** _s/ Jack Zouhary_
                                                                              **Hon. Jack Zouhary**